UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANTONIO LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WORLD SAVINGS BANK, FSB, a California corporation; WACHOVIA MORTGAGE, FSB, a North Carolina corporation; GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO., a California corporation; and Does 1 through 50, inclusive,<br><br>　　　　　Defendant. | Case No: CV 09-0803 SBA<br><br>**ORDER** |

　　　　On July 27, 2009, Defendant[1] filed a Motion for Attorneys' Fees [Docket No. 28], which it noticed for hearing on October 6, 2009. For the reasons set forth below, the Court GRANTS Defendant's Motion for Attorneys' Fees.

　　　　This Court has reviewed the motion, the declaration of Fred Hickman in support thereof, and the Deed of Trust and Note that formed the basis of the underlying action. The Court notes that Defendant's counsel declares that he met and conferred in person with Plaintiff's counsel on July 16, 2009, prior to filing the motion. Moreover, Defendant's counsel declares that he provided Plaintiff's counsel with a print out detailing the fees that are the subject of this motion. [Hickman Decl. at 2:10-17]. Defense counsel subsequently filed this motion seeking attorney fees. Plaintiff

---

[1] Only defendant Wachovia Mortgage, F.S.B. is seeking fees because it alone incurred defense costs and it alone was a party to the contract with Plaintiff.

filed no opposition to Defendant's motion. Under the Court's standing orders, Plaintiff's opposition was due September 15, 2009. To date, no opposition to the motion has been filed. Finally, the Court's standing orders inform the parties that failure to oppose a motion "shall constitute a consent to the granting of the motion."

Based upon the above facts, the Court finds good cause to grant Defendant's fee request. The Court refers this matter to a Magistrate Judge of this Court for determination of the appropriate amount to be awarded. Plaintiff should be provided the opportunity to be heard, if he chooses, concerning the reasonable amount of fees awarded. Accordingly,

IT IS HEREBY ORDERED THAT Defendant's motion for attorneys' fees is GRANTED. The instant action is referred to the Chief Magistrate Judge or her designee for a determination of the appropriate amount of reasonable attorney fees to be awarded.

IT IS SO ORDERED.

Dated: 10/8/09

*[signature]*
SAUNDRA BROWN ARMSTRONG
United States District Judge