# ■ AFRCT
## ATTORNEYS

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
tel: 626.535.1900
fax: 626.577.7764
www.afrct.com

MARK T. FLEWELLING
Email: mflewelling@afrct.com

November 19, 2009

<u>VIA ELECTRONIC FILING</u>

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

ATTN: Ms. Karen Hom, Calendar Clerk
to the Honorable Joseph C. Spero
Magistrate Judge

Re: *Wachovia Bank adv. Antonio Lopez*
USDC (Northern) Case No. CV 09-00803 SBA

**REQUEST FOR TELEPHONIC APPEARANCE**

Dear Ms. Hom:

This letter is to request that I be allowed to appear telephonically for the hearing of November 20, 2009, in the above-referenced matter. I will be available at 9:30 a.m. at our office number, **(626) 535-1900**, a non-speaker phone on a land line.

Thank you in advance for your assistance in this matter. Please do not hesitate to contact me if you need anything further.

Dated: Nov. 19, 2009

Very truly yours,

ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP

Mark Flewelling



IT IS SO ORDERED
Judge Joseph C. Spero

MTF/ja

J:\Docs\95451.116\Ltr Court re Telephonic Appear 111909-182634.DOC