UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ITALIA MARITTIMA, S.P.A.,

    Plaintiff,

    v.

SEASIDE TRANSPORTATION SERVICES, LLC, et al.,

    Defendants.

_____/

No. C 10-0803 PJH

**ORDER CONTINUING HEARING DATE**

    The hearing on Marine Terminals Corporation's motion to dismiss, previously set for hearing on March 2, 2011, has been CONTINUED to Wednesday, March 30, 2011, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  February 24, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge